(3)

ADM

EMBASSY OF SWITZERLAND
United States of America Interests Section

LA HABANA,
Calzada entre L y M, Vedado

Número de caso:HAV2014640005 Fecha: JAN 23 2015 IV

Estimado(a): BLANCA GIL, AUGUSTO LUIS / Rodríguez Garrido, Rosa María

☐ Vamos a pasar su caso al Servicio de Inmigración Americano para decisión. Regrese a recoger sus documentos y la decisión en fecha Ene/2015 8.00am o cualquiera de los tres últimos viernes de cada mes posterior a esta fecha, de 8:00am – 12pm.

---

☐ No podemos emitir su visa en esta ocasión. Su caso ha sido rechazado según la Sección 221(g) de la Ley de Inmigración y Nacionalidad. Su solicitud está incompleta o requiere de un procesamiento ulterior. Por favor, lea las instrucciones que aparecen a continuación para continuar con su caso. Si se requiere alguna acción por su parte, usted deberá acometerla dentro de 365 días o su caso ser á denegado automáticamente.

☐ Su solicitud requiere de **información adicional**. Usted puede regresar con los documentos que se le indican a continuación cualquier día de Lunes a Jueves a la 11:30 de la mañana.

- ☐ Chequeo Médico
- ☐ Antecedentes penales
- ☐ Certificado de divorcio
- ☐ Acta de defunción
- ☐ A.D.N.
- ☐ Pasaporte nuevo
- ☐ Certificado de nacimiento
- ☐ Certificado de matrimonio
- ☐ Tarjeta de residencia permanente o certificado de naturalización del peticionario
- ☐ Afidávit de Apoyo Financiero (vea carta anexo)

☐ Otra Evidencia de que usted no será una carga pública en los Estados Unidos (evidencia de quien sustentará económicamente a usted y a su familia en los Estados Unidos).
☐ Evidencia de su relación (ej. cuentas del teléfono, cartas, e-mails, fotos, evidencia de viajes, recibos, etc.)
☐ Evidencia de que el beneficiario de la VISA viajó.
☐ Otra información: ____________________

☐ Su solicitud requiere que Ud. **hable nuevamente** con un oficial consular cuando Ud. regrese.
☒ Su solicitud requiere de **proceso administrativo adicional**.

Usted podrá verificar el estado de un caso de visa de no-inmigrante o visa de inmigrante. Por favor visite: https://ceac.state.gov/CEAC/
Por otro lado, para verificar la lista de casos aprobados dentro de la categoría de parole ( CP1 o CP3), puede visitar: (http://spanish.havana.usint.gov/status_de_caso.html
Después de cuatro meses sin resultado debe contactar havanaconsularinfo@state.gov para que se informe sobre su caso, asegúrese de incluir el número de caso o nombre que aparece en esta carta cuando nos contacte.
Cuando regrese a la Sección de Intereses, favor de traer lo que se le indica anteriormente junto con esta carta y su(s) pasaporte(s).

Sinceramente,

Vice Cónsul de los EE.UU.

(SENATOR HATCH – UTAH)

4

From: Garn, Sharon (Hatch) Sharon_Garn@hatch.senate.gov
Subject: Re: Please, help! From Blanca's family.. My dad is in under Administrative processing in Havana, Cuba for Immigrant visa for almost a year
Date: January 11, 2016 at 4:09 PM
To: Luis Blanca lbldesign@gmail.com

SG

January 11, 2015

Hi Luis,

Below is the email response I have received from the U.S. Embassy in Havana, Cuba, regarding the visa application for your father, Mr. Augusto Luis Blanca Gil. The case is still undergoing administrative processing, and the Embassy cannot predict when it will be completed. Your father will be contacted once it is completed.

If you have not received updated information within the next 120 days, we can check again on the status of your father's case.

Sincerely,
Sharon Garn
Director of Constituent Services
Office of Senator Hatch
8402 Federal Building
Salt Lake City, Utah 84138
(801) 524-4380 FAX (801) 524-4379

Dear Ms. Garn,

Thank you for your inquiry regarding the immigrant visa application of Mr. Augusto Luis Blanca Gil.

According to our records Mr. Blanca Gil's case is still undergoing administrative processing. We realize that these extended time periods cause frustration to many individuals and, unfortunately, we cannot predict when this process will be completed. We regret that our response cannot be more substantive. Please be assured that the U. S. Embassy is aware of your concerns and will do all we can to see that the visas are adjudicated as soon as the administrative processing is complete.

As soon as the processing of the application has been completed, we will contact the applicant for further instructions. Your constituent may periodically check the case status online at http://havana.usembassy.gov/check_case_status.htm.

I hope this information will be helpful to your constituent.

Sincerely,

**From:** Luis Blanca <lbldesign@gmail.com>
**Date:** Friday, January 8, 2016 at 2:40 PM
**To:** Sharon Garn <sharon_garn@hatch.senate.gov>
**Subject:** Re: Please, help! From Blanca's family.. My dad is in under Administrative processing in Havana, Cuba for Immigrant visa for almost a year

Thank you!

Sent from my iPhone

On Jan 8, 2016, at 2:30 PM, Garn, Sharon (Hatch) <Sharon_Garn@hatch.senate.gov> wrote:

> January 8, 2015
>
> Hi Luis,
>
> Thank you for your email. We have sent another email to the U.S. Embassy in Havana requesting an update on the status of the case. Once we have additional information, we will be in contact with you.
>
> Sincerely,
> Sharon Garn
> Director of Constituent Services
> Office of Senator Hatch
> 8402 Federal Building
> Salt Lake City, Utah 84138
> (801) 524-4380 FAX (801) 524-4379
> <0C02C0BC-8F78-4B3C-87CA-958DB5685B6F[6].png><CEEF35F4-5222-46AE-873C-A893EDC78BCF[6].png><901EA017-659B-4980-97BA-6791B0A51667[6].png> <EE40C49A-C800-4350-9C19-4D62CE59BD8F[6].png>
>
> ---
>
> **From:** Luis Blanca <lbldesign@gmail.com>
> **Date:** Friday, January 8, 2016 at 9:18 AM
> **To:** Sharon Garn <sharon_garn@hatch.senate.gov>
> **Subject:** Please, help! From Blanca's family.. My dad is in under Administrative processing in Havana, Cuba for Immigrant visa for almost a year
>
> ref: Please, help! From Blanca's family.. My dad is in under Administrative processing in Havana, Cuba for Immigrant visa for almost a year
>
> Good morning Sharon,
> We have been almost one year (Jan 23 2015) since my dad is in Administrative Processing for immigrant visa.
> We are in desperate situation because my mom has been coming and going every 3 or 4 month, she already has her green card. They have been married for almost 50 years and never have been separated.
> We are alone here and we are trying hard to finally reunify our family.
> The only thing we are asking to you if you can help us to finalize this process. We understand this status could take time but we think a year is longer than we expect.
> We will appreciate any help your office can get to us.
> Sincerely

Haydee and Luis Blanca
(305) 975 3716
5615 Fox Chase Dr,
South Ogden, UT 84403

Name of my dad: AUGUSTO LUIS BLANCA GIL
Date of interview for immigrant visa: January 23h, 2015

Begin forwarded message:

**From:** Luis Blanca <lbldesign@gmail.com>
**Subject:** **From Blanca's family..**
**Date:** July 29, 2015 at 9:30:03 AM MDT
**To:** "Garn, Sharon (Hatch)" <sharon_garn@hatch.senate.gov>

Hi Sharon,
Thank you for you time last week.
Sorry to bother you, but We would like to know if you have any response from Havana about my father's status.
Have a good day,
Haydee Blanca MD and Luis Blanca

From: **Garn, Sharon (Hatch)** Sharon_Garn@hatch.senate.gov
Subject: Augusto Luis BLANCA
Date: February 3, 2015 at 3:52 PM
To: Luis Blanca lbldesign@gmail.com

SG

February 3, 2015

Hi Luis,

Please see the response our office has received from the US Embassy in Havana. I hope this information is helpful. I will continue to keep the file open should you have additional questions.

Sincerely,

Sharon Garn
Director of Constituent Services
Office of Senator Hatch
8402 Federal Building
Salt Lake City, Utah 84138
(801) 524-4380 FAX (801) 524-4379

Dear Ms. Garn:

Thank you for your mail regarding the immigrant visa application of Mr. Augusto Luis Blanca Gil. He applied for his IR5 immigrant visa as the father of a U.S. citizen on January 23, 2015. After the interview, his case was deferred pending completion of additional administrative processing. While this often lasts about 90 days, in some instances it can take significantly longer.

We realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the parole program is to reunite families. Nonetheless, the U.S. Interests Section in Havana, like all U.S. embassies and consulates, must adjudicate visas and paroles in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. While we cannot predict when the processing of Mr. Blanca Gil will be completed, please be assured that the U.S. Interests Section in Havana and the Department of State are aware of your concerns and will do all we can to see that processing of her application is completed as soon as possible.

Any information pertaining to the issuance or refusal of visas or permits to enter the United States shall be considered confidential under Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and as specified in FAM guidance.

We trust that this information may be useful, and we regret that our response cannot be more substantive at thispoint.

**From:** **Havana, Consular Info** HavanaConsularInfo@state.gov
**Subject:** IV Blanca Gil, Augusto Luis
**Date:** January 26, 2017 at 12:48 PM
**To:** lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que su caso aún se encuentra pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.

Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio web.

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular

Embajada de los Estados Unidos

La Habana, Cuba

**NO USO DE ESPEJUELOS EN LAS FOTOGRAFIAS DE VISADO** – Lee mas

¡Manténgase informado! Síganos en:

NCE

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

**Official - Privacy/PII**
**UNCLASSIFIED**

**From:** Luis A Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
**Sent:** Tuesday, January 24, 2017 8:37 AM
**To:** Havana, Consular Info
**Subject:** IV Blanca Gil, Augusto Luis. Status of HAV2014640005 (2 years waiting for administrative processing)

IV: Blanca Gil, Augusto Luis HAV2014640005 (2 years waiting for administrative processing)

Hola,
Quisiera saber el status del caso de mi papa que se encuentra en proceso administrativo desde hace ya 2 años

agradecido,
Luis Blanca

eMAILS TO HAVANA CONSULATE (US)

**From:** **Havana, Consular Info** HavanaConsularInfo@state.gov
**Subject:** FW: IV Blanca Gil, Augusto Luis. Status of HAV2014640005 (22nd months waiting)
**Date:** November 16, 2016 at 9:27 AM
**To:** lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Blanca Gil, Augusto Luis se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio web.

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular

Embajada de los Estados Unidos

La Habana, Cuba

**NO USO DE ESPEJUELOS EN LAS FOTOGRAFIAS DE VISADO** – Lee mas
¡Manténgase informado! Síganos en:

SCE

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis A Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
**Sent:** Tuesday, November 15, 2016 12:23 PM
**To:** Havana, Consular Info
**Subject:** IV Blanca Gil, Augusto Luis. Status of HAV2014640005 (22nd months waiting)

IV: Blanca Gil, Augusto Luis HAV2014640005 (22nd months waiting)
Hola,

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV Blanca Gil, Augusto Luis
Date: October 7, 2016 at 8:28 AM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto Luis Blanca se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular

Embajada de los Estados Unidos

La Habana, Cuba

**NUEVA TARIFA PARA CFRP (PAROLE)** Lee mas

¡Manténgase informado! Síganos en:

SCE

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis A Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
**Sent:** Monday, October 03, 2016 3:21 PM
**To:** Havana, Consular Info
**Subject:** IV: Blanca Gil, Augusto Luis HAV2014640005 (21st months waiting)

IV: Blanca Gil, Augusto Luis HAV2014640005 (21st months waiting)
Hola,
Quisiera saber el status del caso de mi papa
un saludo,
Luis Blanca

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV: Blanca, Augusto
Date: August 17, 2016 at 8:25 AM
To: lbldesign@gmail.com

CH

Thank you for contacting the Embassy of the United States of America in Havana.

We regret to inform you that Mr. Augusto L. Blanca's case is still undergoing additional administrative process. We realize that these extended time periods cause frustration to many individuals. However, there is no set time period for this process to be completed. For individual cases, the time needed for adjudication is different, as each case is unique and the U.S. Embassy must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. As soon as the processing of the application has been completed, we will contact the applicant for further instructions.

You or your relatives may periodically check online the case status at http://havana.usembassy.gov/check_case_status.html.

We hope this information is of assistance

Consular Information Unit
Embassy of the United States of America
Havana, Cuba

Stay Informed! Follow us on:

JLO

Any information in this transmission pertaining to the issuance or refusals of visas or permits to enter the U.S. shall be considered confidential under Section 222(f) of the INA. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of immigration, nationality, and other laws of the United States under INA 222(f) and as specified in FAM guidance. If you have received such information in error, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information and contact the sender as soon as possible.

-----Original Message-----
From: Luis A Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
Sent: Wednesday, August 10, 2016 1:33 PM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (more than 18 months waiting)

Luis A Blanca (petitioner)
Augusto Luis Blanca Gil (relative- my father) Immigrant Visa (IV) case number: HAV2014640005 Date of interview at Cuban Embassy in Havana: Jan 23nd, 2015 Current status: Administrative Processing On January 23rd, 2015, my parents went to the interview at Cuban Embassy in Havana to get the immigrant visa, to come to the US and complete the reunification process. At that time my mother got the visa and my father started in Administrative Processing. Has been 18 months since then and we are still waiting to finalize this process.
We are in desperate situation, they doesn't have any families in Cuba and we are trying so hard to bring them here and finally be together with our wonderful family here in Utah.
My parents has been married for almost 50 years and all this time since the interview my mom comes and goes every 4 month from Cuba to Utah and viceversa, (more than 24 hours travel time) to keep her permanent residence status in US.
It has been exhausted process for our family, emotionally and economic.

I'll appreciate any information in terms of how much longer this processing will take, thank you Luis Blanca

Privacy/PII
This email is UNCLASSIFIED.

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV: HAV2014640005
Date: June 13, 2016 at 9:43 AM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto L. Blanca se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

¡Manténgase informado! Síganos en:

JLO

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

-----Original Message-----
From: Luis A Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
Sent: Tuesday, May 31, 2016 12:04 PM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (16 months waiting)

HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (16 months waiting)

Buenos días,
Quisiera saber el status de el Proceso administrativo para visa de inmigrante de mi padre (soy quien lo reclama) ha estado esperando por dicho proceso por 16 meses.
Sinceramente
Luis Blanca

Privacy/PII
This email is UNCLASSIFIED.

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV AUGUSTO LUIS BLANCA GIL
Date: April 22, 2016 at 12:41 PM
To: lbldesign@gmail.com

CH

Thank you for contacting the Embassy of the United States of America in Havana.

We regret to inform you that Augusto Luis Blanca Gil case is still pending completion of the administrative process. We realize that these extended time periods cause frustration to many individuals. However, there is no set time period for this process to be completed. For individual cases, the time needed for adjudication is different, as each case is unique and the U.S. Embassy must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. As soon as the processing of the application has been completed, we will contact the applicant for further instructions.

You or your relatives may periodically check online the case status at http://havana.usembassy.gov/check_case_status.html.

We hope this information is of assistance

Consular Information Unit
Embassy of the United States of America
Havana, Cuba

Stay Informed! Follow us on:

DMS

Any information in this transmission pertaining to the issuance or refusals of visas or permits to enter the U.S. shall be considered confidential under Section 222(f) of the INA. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of immigration, nationality, and other laws of the United States under INA 222(f) and as specified in FAM guidance. If you have received such information in error, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information and contact the sender as soon as possible.

----Original Message-----
From: Luis Blanca (LBL Design Corp) [mailto:lbldesign@gmail.com]
Sent: Thursday, April 21, 2016 1:02 PM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (15 months waiting)

HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (15 months waiting)

Buenos días,
Quisiera saber el status de el Proceso administrativo para visa de inmigrante de mi padre (soy quien lo reclama) ha estado esperando por dicho proceso por 15 meses.
Sinceramente
Luis Blanca

Privacy/PII
This email is UNCLASSIFIED.

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV BLANCA GIL, AUGUSTO LUIS
Date: March 29, 2016 at 1:57 PM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.

Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba
¡Manténgase informado! Síganos en:
ILX

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: March 23, 2016 1:16 PM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (14 months waiting)

HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (14 months waiting)

Buenos días,
Quisiera saber el status de el Proceso administrativo para visa de inmigrante de mi padre (soy quien lo reclama) ha estado esperando por dicho proceso por 14 meses.
Sinceramente
Luis Blanca
(305) 975 3716

Privacy/PII
This email is UNCLASSIFIED.

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV AUGUSTO LUIS BLANCA GIL
Date: February 25, 2016 at 1:31 PM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Lamentablemente como le informamos en el correo anterior el caso de Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

¡Manténgase informado! Síganos en:

APC

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Wednesday, February 24, 2016 11:53 AM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (13 months waiting)

HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (13 months waiting)

Buenos días,
Quisiera saber el status de el Proceso administrativo para visa de inmigrante de mi padre (soy quien lo reclama) ha estado esperando por dicho proceso por 13 meses.
Sinceramente
Luis Blanca
(305) 975 3716

Privacy/PII
This email is UNCLASSIFIED.

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV HAV2014640005
Date: January 13, 2016 at 1:26 PM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto Luis Blanca Gil continúa aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

¡Manténgase informado! Síganos en:

DMS
Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Friday, January 08, 2016 11:35 AM
To: Havana, Consular Info
Subject: HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (almost one year waiting)
Importance: High

HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (almost one year waiting) Buenos días, Mi nombre el Luis Blanca soy ciudadano de Estados Unidos el pasado 23 de enero del 2015 mis padres se entrevistaron para obtener una visa de inmigrante y así terminar su proceso de reclamación que les hice.
a mi mama se la dieron ese día y a mi papa lo pasaron a proceso administrativo.
Hemos estado esperando por casi un año por la finalización de dicho proceso.
Estamos en situación desesperada porque mi mamá ha estado viniendo y yendo cada 3 o 4 meses, nosotros vivimos en Utah y para ella que es una persona mayor es muy difícil y agotador.
Ellos han estado casados por casi 50 años y nunca se han separado.
Estamos solos aquí (mi esposa mis tres hijas y yo) y estamos tratando duro para finalmente reunificar nuestra familia.
Entendemos que esta condición pueda tomar tiempo, pero pensamos que un año es más largo de lo que esperamos y lo consideramos totalmente ilógico.
Que nos sugieren que podemos hacer?
De que manera puedo solicitar una entrevista con el Consul o Embajador de Estados Unidos en la Habana?
Sinceramente
Luis Blanca

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV Blanca Gil, Augusto Luis
Date: December 28, 2015 at 11:43 AM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que lamentablemente el caso del Sr. Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad.

-
Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

APC

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis Blanca [mailto:lbldesign@gmail.com]
**Sent:** Monday, December 28, 2015 10:14 AM
**To:** Havana, Consular Info
**Subject:** HAV2014640005 IV AUGUSTO LUIS BLANCA GIL Status of Administrative Processing (11 months waiting)
**Importance:** High

**HAV2014640005 Status, IV,**
**AUGUSTO LUIS BLANCA GIL**
(has been 11 month of waiting time of Administrative Processing)

Hola,
Quisiera conocer el status de el caso de mi papa, que esta en proceso administrativo desde enero 2015,
Algo que pudiera hacer al respecto? Mi padre esta solo en Cuba a la espera que le den la visa de inmigrante y hacerse residente aquí.
Vivimos en el estado de Utah y a sido para nosotros muy complicada esta separación.
Muchas gracias,
Luis Blanca (su hijo, quien lo reclama)

From: **Havana, Consular Info** HavanaConsularInfo@state.gov
Subject: IV AUGUSTO LUIS BLANCA GIL
Date: November 23, 2015 at 1:04 PM
To: lbldesign@gmail.com

CH

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.
Le informamos que el caso se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que nuestra respuesta le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

OMJ

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis Blanca [mailto:lbldesign@gmail.com]
**Sent:** Monday, November 23, 2015 12:36 PM
**To:** Havana, Consular Info
**Subject:** IV AUGUSTO LUIS BLANCA GIL Status (10 months waiting)

**HAV2014640005 Status, IV,**
**AUGUSTO LUIS BLANCA GIL**
(has been 10 month of waiting time of Administrative Processing)

Hola,
Solo para conocer el status de el caso de mi papa, que esta en proceso administrativo desde enero
Muchas gracias,
Luis Blanca (su hijo, quien lo reclama)

From: **HavanaConsularInfo** havanaconsularinfo@state.gov
Subject: IV AUGUSTO LUIS BLANCA GIL
Date: September 28, 2015 at 8:09 AM
To: lbldesign@gmail.com

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso del Sr. Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

-
-

Esperamos que esta información sea de su utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba
¡Manténgase informado! Síganos en:
SSS

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis Blanca [mailto:lbldesign@gmail.com]
**Sent:** Wednesday, September 16, 2015 12:15 PM
**To:** HavanaConsularInfo
**Subject:** HAV2014640005 Status, IV, AUGUSTO LUIS BLANCA GIL (has been 8 month of waiting time of Administrative Processing)

**HAV2014640005 Status, IV,**
**AUGUSTO LUIS BLANCA GIL**
(has been 8 month of waiting time of Administrative Processing)

Hola,
Solo para conocer el status de el caso de mi papa, que esta en proceso administrativo desde enero
Muchas gracias,
Luis Blanca (su hijo, quien lo reclama)

From: **HavanaConsularInfo** havanaconsularinfo@state.gov
Subject: IV AUGUSTO LUIS BLANCA GIL
Date: August 20, 2015 at 9:33 AM
To: lbldesign@gmail.com

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos esta información sea de su utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

¡Manténgase informado! Síganos en:

ACG

Cualquier informacion en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulacion, modificación, administración, o la ejecución de la inmigracion, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Luis Blanca [mailto:lbldesign@gmail.com]
**Sent:** Wednesday, August 12, 2015 9:45 AM
**To:** HavanaConsularInfo
**Subject:** HAV2014640005 Status, IV, AUGUSTO LUIS BLANCA GIL (han pasado aproximadamente 7 meses de espera de Proceso administrativo)

**HAV2014640005 Status, IV,**
**AUGUSTO LUIS BLANCA GIL**
(has been 7 month of waiting time of Administrative Processing)

Buenos días,
Han pasado aproximadamente 7 meses de espera en proceso administrativo y me gustaría saber el status

Les agradezco de antemano,

Muchas gracias,
Luis Blanca

From: **HavanaConsularInfo** havanaconsularinfo@state.gov
Subject: IV Blanca Gil, Augusto Luis
Date: July 31, 2015 at 10:58 AM
To: lbldesign@gmail.com

H

Gracias por contactar a la Embajada de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de Augusto Luis Blanca Gil se encuentra aún pendiente de concluir su proceso administrativo. La Embajada de EE.UU. no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usembassy.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad.

Unidad de Información Consular
Embajada de los Estados Unidos
La Habana, Cuba

¡Manténgase informado! Síganos en:

MCM

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guía FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

This email is UNCLASSIFIED.

---

**From:** Luis Blanca [mailto:lbldesign@gmail.com]
**Sent:** Wednesday, July 22, 2015 11:48 AM
**To:** HavanaConsularInfo
**Subject:** HAV2014640005 Status, IV, AUGUSTO LUIS BLANCA GIL (has been 6 month of waiting time of Administrative Processing)

**HAV2014640005 Status, IV,**
**AUGUSTO LUIS BLANCA GIL**
(has been 6 month of waiting time of Administrative Processing)

Hola,
Han pasado 6 meses desde que mis padres se entrevistaron para obtener su visa de inmigrante luego de concluir completamente su proceso de reclamación. A mi madre se la otorgaron su visa y a mi padre lo pasaron a proceso administrativo.
Mi mama tuvo que viajar a USA para obtener su residencia y después que recibió su green card regreso junto a mi papa a Cuba para esperar con el concluir este proceso.
Mi padre tiene 70 anos de edad y nunca se ha separado de mi madre por 50 annos.. Esta situación de espera ha sido mucho estrés para toda nuestra familia incluyéndonos a la mía aquí, mi esposa y mis hijas. Nosotros vivimos en el estado de Utah y se nos hace muy difícil visitar Cuba
Han sido 20 anos de separación con mis padres y ahora cuando estamos en condiciones de finalmente reunificarnos, estamos en esta espera.
Solo les pido que lo que este en sus manos para que este proceso concluya lo antes posible.
Muchas gracias,
Luis Blanca

From: **HavanaConsularInfo** havanaconsularinfo@slate.gov
Subject: IV Blanca Gil, Augusto Luis
Date: June 23, 2015 at 7:17 AM
To: lbldesign@gmail.com

Gracias por contactar a la Oficina de Intereses de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso de su padre se encuentra aún pendiente de concluir su proceso administrativo. La Sección de Intereses no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usint.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad,

Unidad de Información Consular
Sección de Intereses de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

YAP

Cualquier información en esta transmisión perteneciente a la emisión o denegaciones de visados o permisos para entrar en los EE.UU. se considerará confidencial bajo la Sección 222 (f) de la INA. El acceso y el uso de dicha información deben ser exclusivamente para la formulación, modificación, administración, o la ejecución de la inmigración, la nacionalidad, y otras leyes de los Estados Unidos bajo el INA 222 (f) y como se especifica en la guia FAM. Si usted ha recibido esta información por error, no revisar, retransmitir, divulgar, difundir, utilizar o tomar cualquier acción basándose en esta información y contacte con el remitente tan pronto como sea posible.

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Monday, June 22, 2015 3:36 PM
To: HavanaConsularInfo
Subject: HAV2014640005 Status, IV, AUGUSTO LUIS BLANCA GIL (has been 5 month of waiting time of Administrative Processing)

HAV2014640005 Status, IV,
AUGUSTO LUIS BLANCA GIL
(has been 5 month of waiting time of Administrative Processing)

Hola,
Han pasado 5 meses desde que mis padres se entrevistaron para obtener su visa de inmigrante luego de concluir completamente su proceso de reclamación. A mi madre se la otorgaron su visa y a mi padre lo pasaron a proceso administrativo.
Mi mama tuvo que viajar a USA para obtener su residencia y después que recibió su green card regreso junto a mi papa a Cuba para esperar con el concluir este proceso.
Mi padre tiene 70 anos de edad y nunca se ha separado de mi madre por 50 annos.. Esta situación de espera ha sido mucho estrés para toda nuestra familia incluyéndonos a la mia aquí, mi esposa y mis hijas. Nosotros vivimos en el estado de Utah y se nos hace muy dificil visitar Cuba Han sido 20 anos de separación con mis padres y ahora cuando estamos en condiciones de finalmente reunificarnos, estamos en esta espera.
Solo les pido que lo que este en sus manos para que este proceso concluya lo antes posible.
Muchas gracias,
Luis Blanca

Privacy/PII
This email is UNCLASSIFIED.

From: **HavanaConsularInfo** havanaconsularinfo@state.gov
Subject: IV Augusto Luis, Blanca Gil
Date: May 21, 2015 at 1:46 PM
To: lbldesign@gmail.com

H

Thank you for contacting the United States Interests Section in Havana, Cuba.

We regret to inform you that case is Ms. Blanca Gil is still pending completion of the administrative process. We realize that these extended time periods cause frustration to many individuals. However, there is no set time period for this process to be completed. For individual cases, the time needed for adjudication is different, as each case is unique and the U.S. Interests Section must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. As soon as the processing of the application has been completed, we will contact the applicant for further instructions.

You or your relatives may periodically check online the case status at http://havana.usint.gov/check_case_status.html.

We hope this information is of assistance.

Unidad de Información Consular
Sección de Intereses de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

**TGX**

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Monday, May 18, 2015 1:52 PM
To: HavanaConsularInfo
Subject: About: HAV2014640005 Status, IV, AUGUSTO LUIS BLANCA GIL

About: HAV2014640005 Status,
AUGUSTO LUIS BLANCA GIL

Hi,
I would like to know the status of my father's case Has been 120 days since his interview for immigrant visa and his is still at Administrative Processing thank you, Luis Blanca

Privacy/PII
This email is UNCLASSIFIED.

From: **HavanaConsularInfo** havanaconsularinfo@state.gov
Subject: IV Blanco Gil, Augusto Luis
Date: April 30, 2015 at 12:51 PM
To: lbldesign@gmail.com

H

Gracias por contactar a la Sección de Intereses de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso del Sr. Augusto Luis Blanco Gil se encuentra aún pendiente de concluir su proceso administrativo. La Sección de Intereses no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, las visas se deben adjudicar en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados.
Llegado el momento en que el proceso concluya le contactaremos y le daremos las indicaciones pertinentes.

Recuerde que cualquier familiar o contacto puede chequear periódicamente el estado del caso en el sitio http://havana.usint.gov/check_case_status.html.

Esperamos que esta información le resulte de utilidad.

-

Unidad de Información Consular
Sección de Intereses de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

**TGX**

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Tuesday, April 21, 2015 12:50 PM
To: HavanaConsularInfo
Subject: IV BLANCA GIL, AUGUSTO LUIS-- HAV2014640005

About: HAV2014640005 Status,
IV BLANCA GIL, AUGUSTO LUIS

Buenos Dias,
Mis padres se entrevistaron el pasado 23 de enero para visa de inmigrante, a mi mama se la otorgaron y a mi papa lo pasaron a proceso administrativo.
El lleva 3 meses esperando y quisiera saber su estatus.
Mi mama tuvo que viajar a Estados Unidos ya que si no lo hacia se le vencía su visa de inmigrante dejando solo en Cuba a mi papa.

Saludos
Luis Blanca

From: HavanaConsularInfo havanaconsularinfo@state.gov
Subject: IV BLANCA GIL, AUGUSTO LUIS
Date: March 3, 2015 at 1:57 PM
To: lbldesign@gmail.com

Gracias por contactar a la Sección de Intereses de los Estados Unidos en La Habana, Cuba.

Le informamos que el caso del Sr. Augusto Luis Blanca Gil se encuentra aún pendiente a concluir el proceso administrativo. La Sección de Intereses no puede emitir los documentos de viaje hasta tener el resultado final de dicho proceso. Entendemos que estos períodos de tiempo prolongados causan frustraciones a muchas personas; sin embargo, se ha de adjudicar visas en conformidad con las disposiciones legales, que en algunos casos comprenden procesos administrativos prolongados. Lamentamos cualquier inconveniente como resultado de este proceso pero le aseguramos que lo concluiremos tan pronto como la ley nos permita. **Aprovechamos la oportunidad para informarle que este proceso administrativo no se lleva a cabo en esta oficina consular, por lo tanto, no está bajo la jurisdicción de nuestra oficina, ni en el nivel de decisión de los oficiales consulares que en la misma laboran. Aunque se lleva a cabo en los Estados Unidos, ninguna otra autoridad o agencia gubernamental puede ofrecer información al respecto**. Llegado el momento de que el proceso concluya contactaremos al Sr. Blanca Gil para darle indicaciones en caso de ser necesario.

Recuerde que cualquier familiar o contacto en Estados Unidos o en Cuba que tenga acceso a internet puede chequear periódicamente el estado del caso online con el número **HAV2014640005** en el sitio **https://ceac.state.gov/CEAC** accediendo al enlace Check My Visa Application Status. Cuando acceda al sitio proporcionando el número de caso, si el estado que aparece reflejado es **ADMINISTRATIVE PROCESS** o **READY**, significará que aún no está emitida la visa para el caso, sólo cuando el estado del caso sea **ISSUED**, el Sr. Blanca Gil podrá venir a la Sección de Intereses con su pase para recoger su pasaporte visado y documentos de viaje.

Lamentamos no poder ofrecerle una respuesta favorable en estos momentos pero esperamos que esta información le resulte de utilidad

Unidad de Información Consular
Sección de Intereses de los Estados Unidos
La Habana, Cuba

Stay Informed! Follow us on:
¡Manténgase informado! Síganos en:

**BBA**

-----Original Message-----
From: Luis Blanca [mailto:lbldesign@gmail.com]
Sent: Wednesday, February 18, 2015 12:10 PM
To: HavanaConsularInfo
Subject: Status HAV2014640005 (Augusto Luis Blanca Gil) fue entrevistado el 23 de enero para immigrant visa

Status HAV2014640005 (Augusto Luis Blanca Gil) fue entrevistado el 23 de enero para immigrant visa

Hola,
Mi nombre es Luis A Blanca y soy ciudadano de los Estado Unidos.
mis padres fueron entrevistados el 23 de enero para una visa de inmigrante ya que los estoy reclamando.
A mi mama se la otorgaron ese día, pero a mi padre lo pusieron bajo un proceso administrativo.
El motivo por el cual los estoy haciendo que vengan a vivir a los Estados Unidos es que ellos no tienen a nadie en Cuba y mi esposa mis hijas y yo, son lo único que tienen.
Para nosotros es un gran problema el tenerlos en Cuba ya que vivimos en el estado de Utah, y se nos dificulta grandemente el poder visitarlos y cuidarlos.
Mi mama tiene muy poco tiempo para venir a los Estados Unidos y completar su proceso de residencia, y el dejar a mi padre en Cuba nos pondría en una situación peor de la que estamos ahora.
Les pido de todo corazón, todo lo que se pueda hacer para hacer de este proceso administrativo lo mas rápido posible y en todo lo que yo pueda ayudar para esto, les pido por favor me dejen saber, y así completar este proceso que tanto nos tiene angustiados.
saludos,
Luis A. Blanca
5615 Fox Chase Dr
Ogden UT
Phone: (305) 975 3716

# Augusto Blanca



Augusto Blanca

**First name**
Augusto Blanca
**Birth**
24 June 1945
Banes , Holguin
**Home**
Havana ,  Cuba
**nationality**
Cuban
**Citizenship**
Cuban
**Known by**
Troubadour

**Augusto Blanca** . Troubadour par excellence. It has a particular way of making the song that makes it different from the others, although, like all, it is nourished by encounter and dialogue. In it we can discover the purest Cuban troubadour tradition, has exploited for years the scenic ability of the song , through what he called "Teatrova . "

**Biographical Synthesis**

He was born in Banes , Holguin , on June 24, 1945 . It is among the founders of the New Trova Movement in 1973 and has since remained as one of its main exponents. Throughout his career he has been deeply involved in the theater and has won several awards in performance, direction and music . In this sense, its name is linked to "Teatrova", Cabildo Teatral Santiago, Guiñol Theater of Santiago de Cuba , "Okantomí" Group and Teatro Estudio, among others. Augusto has appeared in several countries of Latin America , Europe , Africa and the Caribbean in different events of music and theater.

He has shared scenarios with important figures of the song, among them Silvio Rodríguez , Pablo Milanés , Noel Nicola, Vicente and Santiago Feliú , Sara González , Miriam Ramos , Lázaro García, Joan Manuel Serrat , Víctor Jara, Daniel Viglietti, Víctor Heredia , Angel and Isabel Parra and Nora Blanco as well as several actors such as Maria Eugenia Garcia, Corina Mestre , Jacqueline Arenal , Yanara Moreno and Renecito de la Cruz, just to name a few.

**New Trova**

He is the founder of the New Trova movement, has an extensive musical and record production, and his artistic work has been closely linked to the theater, creating an initiative called Teatrova .

**Artistic career**

As a troubadour and actor he has also been linked to the theater composing music for the scene and founding the theatrical movement "Theater", that linked the trova and the theater. In this discipline has been recognized by critics and specialists. In addition to composer is general designer of theater (scenery, costumes and lighting) and also actor. Her theater work (for children, young people and adults) has been linked to "Teatrova", Teatro Estudio , Teatro Mío , Okantomí , Trebol and other companies in more than ninety plays. As a playwright he has written, among others *Romance Harlequin* and *Corista* and *Triada* under the full moon .

Author of the song *Do not forget that once you were the sun* , which popularized in the Rio de la Plata the singer Rosario Juan Carlos Baglietto , is presenting in Argentina his album "This tree we sow", in which he sings his songs together Silvio Rodríguez, Pablo Milanés, Santiago Feliú, Corina Mestre and Vicente Feliú , among others.

He has sung and recorded with various references of the Spanish-American testimonial song, such as Joan Manuel Serrat, Víctor Jara , Daniel Viglietti , Isabel and Angel Parra , and Noel Nicola , in addition to those mentioned. He has performed international tours of great repercussion by several countries of Latin America , Europe , Asia and the Caribbean.

It is part of a generation of Cuban musicians descended from the rich trovadoresque legacy of the Island that transformed and renewed the Cuban song. His creative work is recognized as one of the foundations of the Cuban New Trova Movement. Founder of this movement together with Silvio Rodríguez and Pablo Milanés . Augusto Blanca is the author of a significant musical production.

**Projects**

His musical projects collected in a varied discography have led him to share scenarios with figures such as Silvio Rodríguez, Pablo Milanés, Vicente and Santiago Feliú, Noel Nicola, Sara González, Joan Manuel Serrat, Miriam Ramos, Lázaro García , Víctor Jara , Daniel Viglietti , Víctor Heredia , Angel and Isabel Parra and Nora Blanco , and with actors and actresses like, René de la Cruz , Yanara Moreno , Corina Mestre, María Eugenia García among others. His extensive discography confirms him as an experienced musician and renovator of Cuban troubadour language.

**Awards obtained**

For his uninterrupted artistic work he holds the following awards: Medal for the first ten years of the Nueva Trova, Medal for the National Culture and plate Nicolás Guillén, plate José María Here, among other distinctions.

**Discography**

In his discography are the titles "Gift" ( 1978 ); "Back" ( 1982 ); "A Handful of Seeds" ( 1986 ) and "This Tree We Sow" ( 1999 ), where several of the most important Cuban troubadours participated and won the Special Jury Prize in the most recent edition of Cubadisco. Also his songs have been included in diverse anthologies of the New Trova.

**Source**

https://www.ecured.cu/Augusto_Blanca

Important Notice | Executive Order on Visas - Important Announcement

travel.state.gov | U.S. Passports & International Travel | Students Abroad | U.S. Visa | Intercountry Adoption | International Parental Child Abduction | Contact Us | Find U.S. Embassies & Consulates

U.S. VISAS

U.S. DEPARTMENT OF STATE · BUREAU OF CONSULAR AFFAIRS

SEARCH

Tourism & Visit | Business | Employment | Study & Exchange | Immigrate | Other Travel | Set Location | Set Nationality

travel.state.gov > Visas > **Administrative Processing Information**

Print Email

# Administrative Processing Information

Some visa applications require further administrative processing, which takes additional time after the visa applicant's interview by a consular officer. Applicants are advised of this requirement when they apply. Most administrative processing is resolved within 60 days of the visa interview. When administrative processing is required, the timing will vary based on individual circumstances of each case. Visa applicants are reminded to apply early for their visa, well in advance of the anticipated travel date.

*Important Notice:*
Before making inquiries about status of administrative processing, applicants or their representatives will need to wait at least 60 days from the date of interview or submission of supplemental documents, whichever is later.

## About Visa Processing Wait Times – Nonimmigrant Visa Applicants

Information about nonimmigrant visa wait times for interviews and visa processing time frames are shown on this website, as well as on U.S. Embassy and Consulate websites worldwide. It should be noted that the "Wait Times for a Nonimmigrant Visa to be Processed" information by country does not include time required for administrative processing. Processing wait time also does not include the time required to return the passport to applicants, by either courier services or the local mail system.

Español

### More Information

- A-Z Index
- Latest News
- What is a U.S. Visa?
- Diversity Visa Program
- Visa Waiver Program
- Fraud Warning
- Find a U.S. Embassy or Consulate
- Straight Facts on U.S. Visas

### In the United States

- VisitTheUSA

FAQs: About Visas - the Basics



This site is managed by the Bureau of Consular Affairs, U.S. Department of State.

U.S. Department of State

**IMMIGRANT VISA APPLICATION**

# Administrative Processing

Immigrant Visa Case Number: **HAV2014640005 01 HAV**

Case Created: 20-May-2014

Case Last Updated: 13-Feb-2017

Your visa case is currently undergoing necessary administrative processing. This processing can take several weeks. Please follow any instructions provided by the Consular Officer at the time of your interview. If further information is needed, you will be contacted. If your visa application is approved, it will be processed and mailed/available within two business days. Under the U.S. Immigration and Nationality Act, Immigrant Visas for "Diversity Visas" cannot be issued after September 30th of the year in which you were selected to apply for a Diversity Visa. For example, entrants into the Diversity Visa Program in Fall of 2011 were selected for Diversity Visa 2012 Program, and selectees MUST apply and receive their visa prior to September 30, 2012 otherwise they lose eligibility to receive a Diversity Immigrant Visa, regardless of additional administrative processing. In addition, please note that some immigrant visas may not be able to be issued if the annual numerical limit for that category has been reached.
For more information, please visit TRAVEL.STATE.GOV.

Close

MENT of S
ONIC APPLICATIO
eck your U.S. visa

U.S. Embassy in Cuba

# The Interview



1. Family-Based Immigration Overview
2. Application Process
3. The Interview
4. After the Interview

On the day of their interview, applicants should arrive at the park located near the U.S. Embassy at Calzada and K streets half an hour before the appointment time with the original documentation listed above. Only the applicant will be admitted to the U.S. Embassy, except when the applicant is a minor or is disabled and requires assistance; also, if present, the petitioner will be admitted for IR1, F2A and K1 interviews.

Once all of the paperwork has been collected and any remaining fees have been paid, the applicant will be interviewed by a Consular Officer. If there is documentation missing, the Consular Officer will provide a letter explaining what is missing. This letter serves as the applicant's pass to return to the U.S. Embassy to present the missing information. If a case is missing documentation the applicant has a maximum of one year to return with the requested documentation. After one year, the case automatically closes.

## Documents Required For Your Interview

- Passport valid for travel to the United States – Your passport must be valid for at least six months beyond your period of stay in the United States, unless exempt by country-specific agreements (PDF – 57 KB). If more than one person is included in your passport, each person who needs a visa must submit a separate application.
- Nonimmigrant Visa Application, Form DS-160 confirmation page
- Application fee payment receipt, if you are required to pay before your interview.
- Photo – You will upload your photo while completing the online Form DS-160. If the photo upload fails, you must bring one printed photo in the format explained in the Photograph Requirements.

Some cases are subject to additional administrative processing. If so, the officer will indicate this on the letter. This additional administrative processing can take several weeks or up to a year or more to complete. It is impossible to determine how long a particular case will take to bring to conclusion. In these cases, the applicant will be contacted by telephone or telegram to continue the visa process once the administrative processing is complete.

If the applicant is ineligible for the visa category, the Consular Officer will give the applicant a written explanation of the section of the law under which the visa is being refused, and the next steps – if any – in connection with the case.

If the application is approved, the applicant will receive a pass to return to pick up the visa in one week.

### Requesting Parole for Family Members

Eligible immigrant visa applicants who are over 21 years of age may request parole for certain family members. On the morning of the interview, the applicant should advise the document checker that he or she would like to request parole for certain a family member(s) not included in the case. Final decisions regarding parole requests are made by an USCIS official after the DV visa applicants have been approved and have received their visas.

There is very high demand for the Family-Based Parole program and the U.S. Embassy Havana does not have the capacity to meet this demand. As a result, there are very long wait times for an available interview. In most cases, based on current processing times, it will likely be faster for the original immigrant visa or CFRP applicant who requested parole to enter the United States, obtain their Lawful Permanent Resident status or U.S. Citizenship, petition for their family members directly, and elect processing under the Cuban Family Reunification Program, which has much lower wait times. Applicants can both request Family Based Parole at the time of their interview and, when they qualify to do so, later file I-130 immigrant visa petitions for their family members.

### Family and Attorney Information

The U.S. Embassy appreciates the contributions that attorneys and family members may make to the expeditious processing of immigrant visa applications, especially in ensuring that all required documentation is in order and properly prepared prior to the interview. Except in the following limited circumstances, the U.S. Embassy does not permit attorneys or family members to accompany immigrant visa applicants at the interview:

Family members who are assisting minors, the physically disabled who are petitioners in IR1, CR1, F2A and K1 cases, may accompany immigrant visa applicants at the interview.

Attorneys may accompany a minor or physically disabled immigrant visa applicant at the interview only if no other family member is available to assist.

Previous
Application Process

Next
After the Interview

### Translation

Español

### Important Message

Starting November 1st, 2016, the U.S. Department of State will no longer accept photos with glasses in visa applications.

### Contact Us

**Email:** HavanaConsularInfo@state.gov
**Fax:** (+53) 7839-4217
**Public inquiry phone:** (+53) 7839-4152
**Phone hours:** Monday through Thursday 9:00 AM – 10:00 AM
**Contact Us Form**

## Government Agency Links

U.S. Citizenship and Immigration Services
U.S. Customs and Border Protection
USA.Gov
U.S. Department of State

## Additional Resources

Immigrant Visa FAQ
Legal Rights and Protections
Fraud Prevention Warning
A to Z Index
Welcome to the United States: A Guide for New Immigrants
Cuban Parole Programs
Check Immigrant Visa and Parole Status

### U.S. EMBASSY IN CUBA

Visas
U.S. Citizen Services
Our Relationship
Business
Education & Culture
Embassy
News & Events
Privacy
Sitemap

### U.S. EMBASSY

U.S. Embassy Havana
Calzada between L & M, Vedado
Havana, Cuba
Phone: (+53) 7839-4100

This is the official website of the U.S. Embassy in Cuba. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.